# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0782
Lower Tribunal No. 2018CA-005027-0000-00

_____

DANIEL L. GUNTER, JR., as Putative Personal Representative for and on behalf of the Survivors and the ESTATE OF S.I.G, a deceased minor child,

Appellant,

v.

LAKELAND MULTIFAMILY PARTNERS, LLC d/b/a THE RETREAT AT LAKELAND APARTMENTS and ZRS MANAGEMENT, LLC,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Brandon J. Rafool, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Lydia Sturgis Zbrzeznj and Nicholas T. Zbrzeznj, of Southern Atlantic Law Group, PLLC, Winter Haven, and Andrew D. Moody and Daniel D. Moody, of Moody Law, P.A., Bartow, for Appellant.

Esteban F. Scornik and Gary D. Vasquez, of Vasquez & Tosk, LLP, Orlando, for Appellee, Lakeland Multifamily Partners, LLC d/b/a The Retreat at Lakeland Apartments.

Kenneth B. Rugh, of Hill, Rugh, Keller & Main, P.L., Orlando, for Appellee, ZRS Management, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED